UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Thomas A. Massone *individually*;
Thomas A. Massone *on behalf of all similarly
situated Court Security Officers employed to perform
Court Security Services in and about the
United States Courts under contract with the
United States Marshals Service;* Thomas A. Massone
*in his capacity as President of the
United States Court Security Officers' Union*

                        Plaintiff,

      -against-                                   18 **CIVIL 4908** (KMK)

## JUDGMENT

United States Department of Justice, Office of
Justice Programs; United State Department of
Justice; United States Department of Justice,
Office of Justice Programs; Bureau of Justice
Assistance; United States Department of Justice,
Office of Justice Programs, Bureau of Justice
Assistance, Public Safety Officers Benefits Office;
The Honorable William P. Barr *in his capacity as
Attorney General of the United States of America*

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 4, 2020, the defendants' motion to dismiss is granted. Given that plaintiff is counseled and has already had the opportunity to amend in the face of similar arguments from defendants, the Amended Complaint is dismissed with prejudice, accordingly, this case is closed.

   Dated; June 5, 2020                                **RUBY J. KRAJICK**
       New York, NY                               **Clerk of Court**
                                  **BY:**

                                                  S/ A D'Agostino
                                                  **Deputy Clerk**